AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-02055-WSS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   ALLIANCE OUTDOOR GROUP, INC. D/B/A X-STAND TREE STANDS
was received by me on *(date)*                    .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Posted documents to the door at 22844 230TH AVENUE, CENTERVILLE, IA, 52544 ON 4/3/2024 AT 12:47PM


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:  4/5/2024

*Server's signature*

AMANDA O'LEARY- PRIVATE PROCESS SERVER
*Printed name and title*


9290 Bond Street, Suite 100, Overland Park, KS 66214
*Server's address*

Additional information regarding attempted service, etc:


2:23-CV-02055-WSS

150265