IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD J. VEY, JR., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:23-cv-2055 |
| v. | Hon. William S. Stickman IV |
| AMAZON.COM, *et al*, | |
| *Defendants*. | |

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

This order sets forth the date and time for the Initial Case Management Conference as well as the dates for compliance with three requirements in preparation.

The Telephonic Initial Case Management Conference pursuant to Federal Rule of Civil Procedure 16 and Local Civil Rule 16.1 is scheduled for **July 11, 2024 at 10:30 a.m**. The parties are directed to connect to this conference by: (412) 547-0144    Conference ID: 697 382 110 #. It is not required that lead counsel for the parties attend, nor is it required that any named party attend. Aside from initial disclosures, *see* Fed. R. Civ. P. 26(a)(1)(A), no formal written discovery may be served prior to the Initial Case Management Conference, absent leave of court.

Counsel of record and all unrepresented parties are jointly responsible to ensure completion of the following three requirements in preparation:

1.  By **July 1, 2024**, counsel of record for the parties and all unrepresented parties must confer either in person, over the phone, or by videoconference to "consider the nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case; make or arrange for the disclosures required by Rule

1

      26(a)(1); discuss any issues about preserving discoverable information; and develop a proposed discovery plan." Fed. R. Civ. P. 26(f)(2).

2.     By **July 8, 2024**, the parties must jointly file a Rule 26(f) Report in the format set forth in Appendix 16.1.A to the Local Civil Rules.

3.     By **July 8, 2024**, the parties must jointly file a stipulation selecting an Alternative Dispute Resolution (ADR) process using the fillable form available from the Court's website at https://www.pawd.uscourts.gov/sites/pawd/files/ADRSTIP-APRIL2017-w.pdf

                                       BY THE COURT:

June 10, 2024                                     /s/ *William S. Stickman IV*
Date                                                 WILLIAM S. STICKMAN IV
                                                   UNITED STATES DISTRICT JUDGE