IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HOWARD J. VEY, JR., *et al*, | |
| *Plaintiffs*, | Civil Action No. 2:23-cv-2055 |
| v. | Hon. William S. Stickman IV |
| AMAZON.COM, *et al*, | |
| *Defendants*. | |

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED that this case shall be governed by the schedule and terms set forth below.

### AMENDED PLEADINGS & JOINDER OF PARTIES

Any consented-to amended pleadings or joinder of parties shall be filed by **August 23, 2024**. Lacking consent, any party may file a Motion to Amend Pleadings and/or any Motion to Join Parties by **August 23, 2024**.

### DISCOVERY

The following deadlines and limitations govern discovery in this case:

- Discovery shall commence **July 11, 2024**.

- The parties shall exchange initial disclosures, as required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, by **July 26, 2024**.

- Plaintiffs' expert reports are to be served by **April 4, 2025**. *See* Fed. R. Civ. P. 26(a)(2).

- Defendants' expert reports are to be served by **May 5, 2025**.

- All discovery shall close on **June 5, 2025**, and all discovery requests shall be served or noticed so that the responding party has the full amount of time permitted by the Federal Rules of Civil Procedure to respond by this date. No formal discovery may take place after this date without leave of court. For examples, no third-party subpoenas can be served, and no trial depositions can be noticed.

- A Telephonic Post-Discovery Status Conference will be held **June 5, 2025 at 10:00 a.m**. The parties are directed to connect to the conference by: (412) 547-0144 Conference ID # 697 382 110 # .

### DISCOVERY DISPUTES

Before filing a motion regarding a discovery dispute, counsel for the parties must confer, and if they are unable to resolve the dispute, they must set up a joint conference with the Court to discuss the dispute.

### SUMMARY JUDGMENT

The following schedule governs summary judgment briefing:

- Any motion for summary judgment, brief in support, and concise statement of material facts is due by **June 20, 2025**. Brief in support not to exceed **twenty** pages.

- Brief in opposition is due by **July 21, 2025**, and must include all evidentiary challenges. Brief in opposition not to exceed **twenty** pages.

- Any reply brief is due by **August 4, 2025**, and shall not exceed **fifteen** pages.

- Oral argument will be scheduled if warranted.

BY THE COURT:

July 11, 2024    /s/ *William S. Stickman IV*
Date             WILLIAM S. STICKMAN IV
                 UNITED STATES DISTRICT JUDGE